UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------x
                                                               : Civil Action No.:

SUZANNE SNYDER,                            2:25-cv-00263-SDW-MAH
                                                                :

        Plaintiff,                         **CONSENT TO CHANGE**
                                                                : **ATTORNEY**

v.
                                                                :

ELECTROCORE, INC.,
                                                                :

        Defendant.
                                                                :
------------------------------------------x

      It is hereby consented that ABRAMS FENSTERMAN, LLP, located at 3 Dakota Drive, Suite 300, Lake Success, New York 11042, be substituted in the above-entitled action as attorney of record for Plaintiff, in place and stead of SLATER SLATER SCHULMAN LLP as of the date hereof.

Dated: July 22, 2025

| ABRAMS FENSTERMAN, LLP | SLATER SLATER SCHULMAN LLP |
|---|---|
| By: _/s/ John C. Luke, Jr._ | By: _/s/ Jonathan Schulman_ |
| John Luke Jr., Esq. | Jonathan Schulman, Esq. |
| Abrams Fensterman, LLP | Slater Slater Schulman LLP |
| 3 Dakota Drive, Suite 300 | 445 Broadhollow Road, Suite 419 |
| Lake Success, NY 11042 | Melville, New York 11747 |

_Suzanne M Snyder (Jul 22, 2025 22:47 GMT+2)_

By: Suzanne Snyder

I affirm this 22nd day of July, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.